ORRIN P. WEYMOUTH *vs.* JOHN W. DUNN et als.

Cumberland County. Decided July 14, 1911. Verdict for plaintiff. The rescript says: "This is an action upon a promissory note. The vital question was whether the signature purporting to be that of one of the defendants, James Rowe, was genuine. He denied it. A careful comparison of his admitted signature with that upon the note so strongly corroborates his denial, that, in the opinion of the court, a new trial should be granted. Motion sustained." *E. H. Wilson*, for plaintiff. *M. T. O'Brien*, for Peter W., Annie R. and James Rowe. *Henry W. Swasey*, for Patrick Wade.